Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletree.com
Dana B. Salmonson
Nevada Bar No. 11180
dana.salmonson@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorney for Defendant Blazin Wings, Inc. dba Buffalo Wild Wings*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KRISTIN SICKLER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BLAZIN WINGS, INC., dba BUFFALO WILD WINGS, a Minnesota Corporation; DOES I-V, inclusive; ROE CORPORATIONS I-V, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-01595-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>(*First Request*) |

Pursuant to Local Rules IA 6-1, IA 6-2, and 7-1, Defendant Blazin Wings, Inc. d/b/a Buffalo Wild Wings ("Defendant") and Plaintiff Kristin Sickler ("Plaintiff") hereby request a two-week extension of time, up to and including, October 21, 2019 for Defendant to file its response to Plaintiff's Complaint (ECF No. 1). The present deadline for Defendant to file its response is October 7, 2019. This is the parties' first request for an extension of time for Defendant to file its response.

This Stipulation is made in good faith and is not intended for purposes of delay. The parties are exploring whether and to what extent they are agreeable to stipulating to arbitrate this matter. If not, Defendant would like the additional time to prepare and file a Motion to Compel Arbitration.

As a result, good cause exists to extend the response deadline. Therefore, the parties respectfully request a two-week extension of time up to and including October 21, 2019 for Defendant to file its response to Plaintiff's Complaint.

DATED this 1st day of October, 2019.　　　DATED this 1st day of October, 2019.

REMPFER MOTT LUNDY, PLLC　　　OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Scott E. Lundy*　　　　　　　　　　　/s/ *Dana B. Salmonson*

| | |
|---|---|
| Joseph N. Mott | Anthony L. Martin |
| Nevada Bar No. 12455 | Nevada Bar No. 8177 |
| Scott E. Lundy | Dana B. Salmonson |
| Nevada Bar No. 14235 | Nevada Bar No. 11180 |
| 10091 Park Run Drive, Ste. 200 | Wells Fargo Tower |
| Las Vegas, NV 89145-8868 | Suite 1500 |
| *Attorneys for Plaintiff* | 3800 Howard Hughes Parkway |
| | Las Vegas, NV 89169 |
| | *Attorneys for Defendant* |

**IT IS SO ORDERED**

**DATED: October 02, 2019**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2