ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
DANA B. SALMONSON
dana.salmonson@ogletreedeakins.com
Nevada Bar No. 11180
AMY L. HOWARD
Nevada Bar No. 13946
amy.howard@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888
*Attorneys for Defendant Blazin Wings, Inc. dba
Buffalo Wild Wings*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KRISTIN SICKLER, an individual, | Case No.: 2:19-cv-01595-GMN-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO STAY MATTER PENDING ARBITRATION** |
| BLAZIN WINGS, INC., dba BUFFALO WILD WINGS, a Minnesota Corporation; DOES I-V, inclusive; ROE CORPORATIONS I-V, inclusive, | **(First Request)** |
| Defendants. | |

Defendant Blazin Wings, Inc. dba Buffalo Wild Wings ("Defendant") and Plaintiff Kristin Sickler ("Plaintiff") (collectively, the "Parties"), by and through their respective counsel, have agreed to arbitrate this matter, and hereby request a stay of all proceedings in this matter pending the outcome of arbitration in accordance with the terms set forth in the Defendant's Arbitration Agreement and as otherwise required by our law or rules. Nothing in this Stipulation and Order to Stay Matter Pending Arbitration shall be deemed a waiver and/or release for the Parties to present such claims and/or defenses in Arbitration.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

Accordingly, the Parties hereby stipulate that this matter be stayed pursuant to 9 U.S.C. § 3 and that this matter be compelled to arbitration.

DATED this 18th day of October, 2019.   DATED this 18th day of October, 2019.

REMPFER MOTT LUNDY, PLLC   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Scott E. Lundy   /s/ Amy L. Howard

Joseph N. Mott
Nevada Bar No. 12455
Scott E. Lundy
Nevada Bar No. 14235
10091 Park Run Drive, Ste. 200
Las Vegas, NV 89145-8868
*Attorneys for Plaintiff Kristin Sickler*

Anthony L. Martin
Nevada Bar No. 8177
Dana B. Salmonson
Nevada Bar No. 11180
Amy L. Howard
Nevada Bar No. 13946
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
*Attorneys for Defendant Blazin Wings, Inc. dba Buffalo Wild Wings*

**ORDER**

**IT IS SO ORDERED.**

Dated this 18 day of October, 2019.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

40352619.1

2