1  Anthony L. Martin
   Nevada Bar No. 8177
2  anthony.martin@ogletree.com
3  Dana B. Salmonson
   Nevada Bar No. 11180
4  dana.salmonson@ogletree.com
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
5  Wells Fargo Tower
   Suite 1500
6  3800 Howard Hughes Parkway
7  Las Vegas, NV  89169
   Telephone:  702.369.6800
8  Fax:  702.369.6888

9  *Attorney for Defendant Blazin Wings, Inc. dba Buffalo Wild Wings*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KRISTIN SICKLER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BLAZIN WINGS, INC., dba BUFFALO WILD WINGS, a Minnesota Corporation; DOES I-V, inclusive; ROE CORPORATIONS I-V, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-01595-GMN-BNW<br><br>**STIPULATION AND ORDER OF DISMISSAL, WITH PREJUDICE** |

On October 18, 2019, this Court granted Defendant Blazin Wings, Inc. dba Buffalo Wild Wings' ("Defendant") and Plaintiff Kristin Sickler's ("Plaintiff") Stipulation and Order to stay this matter pending arbitration.  (ECF No. 10.)

Now, IT IS HEREBY STIPULATED, by and between Defendant and Plaintiff, and through their respective undersigned counsel, that all claims Plaintiff had or may have had against Defendant, that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed with prejudice in their entirety.

. . .

Each party is to bear their own fees and costs.

| | |
|---|---|
| DATED this 4th day of February, 2020. | DATED this 4th day of February, 2020. |
| REMPFER MOTT LUNDY, PLLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/ *Scott E. Lundy* | /s/ *Dana B. Salmonson* |
| Joseph N. Mott | Anthony L. Martin |
| Nevada Bar No. 12455 | Nevada Bar No. 8177 |
| Scott E. Lundy | Dana B. Salmonson |
| Nevada Bar No. 14235 | Nevada Bar No. 11180 |
| 10091 Park Run Drive, Ste. 200 | Wells Fargo Tower |
| Las Vegas, NV 89145-8868 | Suite 1500 |
| *Attorneys for Plaintiff Kristin Sickler* | 3800 Howard Hughes Parkway |
| | Las Vegas, NV 89169 |
| | *Attorneys for Defendant Blazin Wings, Inc. dba Buffalo Wild Wings* |

## **ORDER**

**IT IS SO ORDERED.**

Dated this __5__ day of February, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2